1  RICHARD E. ZUCKERMAN
   Principal Deputy Assistant Attorney General
2
   **AMY MATCHISON (CABN 217022)**
3  Trial Attorney, Tax Division
   United States Department of Justice
4  P.O. Box 683, Ben Franklin Station
   Washington, D.C. 20044
5  Telephone: (202) 307-6422
   Facsimile: (202) 307-0054
6  Email: Amy.T.Matchison@usdoj.gov
          Western.Taxcivil@usdoj.gov
7
   DAVID L. ANDERSON
8  United States Attorney
   *Of Counsel*
9
   *Attorneys for United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA POURIAN, | Case No. 3:18-cv-04537-RS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ALLOW UNITED STATES TO FILE AN AMENDED ANSWER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff Jessica Pourian and Defendant the United States of America, through their respective undersigned counsel of record, stipulate as follows and respectfully request an order pursuant to this stipulation for a continuance of the case management conference currently set for June 20, 2019, and to allow the United States to file an amended answer.

1. Plaintiff Jessica Pourian filed her Complaint in this matter on July 26, 2018, seeking a refund of $57,373, plus interest, based on an alleged overpayment of federal income tax for tax year 2011. (Docket No. 1)

2. The United States timely answered on October 2, 2018. (Docket No. 13).

3. The Court conducted an initial case management conference on November 15, 2018. Subsequently, the Court issued its Case Management Scheduling Order which sets a Further Case Management Conference for June 20, 2019, at 10:00 a.m. (Docket No. 21).

4. Since the Court's Order, the parties have been engaged in discovery and the United States has found it must amend its Answer in order to assert additional defenses.

5. Accordingly, the parties stipulate, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, that the United States may file an Amended Answer in the above-captioned case on or before June 7, 2019.

6. Furthermore, due to a scheduling conflict with government counsel's calendar and to allow the parties additional time to pursue resolution discussions, the parties seek to continue the Further Case Management Conference currently set for June 20, 2019, for sixty days.

7. This is the parties' first stipulation for a continuance of the second case management conference.

Dated this 29th day of May, 2019

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General

        */s/ Amy Matchison*
        AMY MATCHISON (CA SBN 217022)
        Trial Attorney, Tax Division
        United States Department of Justice

        *Attorneys for UNITED STATES OF AMERICA*

Dated this 29th day of May, 2019

        SIDEMAN & BANCROFT LLP

        By:   */s/ Jay R. Weill*
                Jay R. Weill
                Travis W. Thompson

        *Attorneys for JESSICA POURIAN*

IT IS SO ORDERED.

Dated this 30 day of May, 2019

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

## ECF CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I obtained concurrence in the filing of this document from the signatory indicated by the conformed signature (/s/) of Jay R. Weill.

*/s/ Amy Matchison*
AMY MATCHISON
Trial Attorney, Tax Division
U.S. Department of Justice

STIPULATION AND [PROPOSED]
ORDER No. 3:18-04537-RS 4