RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

**AMY MATCHISON (CABN 217022)**
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 307-6422
Facsimile:  (202) 307-0054
Email: Amy.T.Matchison@usdoj.gov
          Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA POURIAN, | Case No. 3:18-cv-04537-RS |
| Plaintiff, | ORDER STIPULATED |
| v. | DISMISSAL |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jessica Pourian and Defendant the United States of America, through their respective undersigned counsel of record, hereby jointly file this stipulation of dismissal.  The parties have resolved their dispute as a result of the United States' concession that Plaintiff is entitled to the claimed refund and Plaintiff agreeing that the recharacterization of the payment from Plastikon from taxable to a tax-free return of capital permanently reduces her adjusted basis in her interest in Plastikon.  There being nothing further for this Court to do, the parties request the Court dismiss this action with prejudice, with each side to bear its own costs and fees, including any attorney fees.

Dated this 12th day of November, 2020

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Amy Matchison*
AMY MATCHISON (CA SBN 217022)
Trial Attorney, Tax Division
United States Department of Justice

*Attorneys for UNITED STATES OF AMERICA*

Dated this 12th day of November, 2020

BAKER BOTTS LLP

By:    */s/ Jon Feldhammer*
       JON FELDHAMMER
       101 California, Suite 3600
       San Francisco, California 94111
       jon.feldhammer@bakerbotts.com

*Attorneys for JESSICA POURIAN*

1    IT IS SO ORDERED.

Dated this 12 day of November, 2020

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE